## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA      *

         *

      v.               *

         *

ANGELO LANIER,         *         CASE NO.  1:21CR674

         *

\*\*\*\*\*

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING
## FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✓] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

the serious nature and length of the COVID-19 pandemic.

_____

_____

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ] Other:

_____

_____

                               /s/Patricia A. Gaughan

                               United States District Judge

DATE:  July 12 2022